# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JODY KOPECKY, ) | Case No. 8:10-cv-317 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | **WITH PREJUDICE** |
| ) | |
| HENNINGSEN FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 11.

**THEREFORE, IT IS ORDERED:**

This action is hereby dismissed, with prejudice, each party to pay her or its own costs.

Dated this 12th day of October, 2010.

 BY THE COURT:


 *s/ Joseph F. Bataillon*
 Chief District Judge